# COMPLAINT



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

secured party:
GEORGE WILBARGER BEKEN,
Authorized agent:
George Wilbarger Beken Jr
        Injured Party/Complainant

Case Number:

**21-C-0975**

Brings claim and liability against

"County of Marinette"
D-U-N-S # 079966339
        Antagonist

### A. PARTIES

1. I, George Beken, am an American National, and live on the land near 3625 10th Street, Menominee, Michigan.

2. Defendant COUNTY OF MARINETTE, dba "County of Marinette" WISCONSIN D-U-N-S # 079966339.

### B. STATEMENT OF CLAIM

    The corporation, Dba "County of Marinette" has violated my right to contract, under USC title 18 sec 242- deprivation of rights under color of law. By turning over a contract to Wisconsin Dept of Revenue for collections, that was created in fraud, the "County of Marinette" D-U-N-S # 079966339 is now liable. The contract was forced under threat, duress and coercion and is clearly indicated as such on the autograph line by the clarification and reservation of UCC 1-308. When the agent of the "County of Marinette" was told that I would not voluntarily enter

into this contract, I was threatened with kidnapping, manstealing, piracy, island piracy, unlawful force, and misappropriation. I was told that I was to be held hostage, against my will until I CHOSE sign.

I feel this is gross with malice intent.

After speaking with several authorized agents of the principle, "County of Marinette", starting from the facility administrators to the county administrator, to the county attorney, to the asst. finance director, to finance director, to three agents of Wisconsin County Mutual; I feel I have exhausted every effort in good faith, following the "acceptable" rules of escalation of todays standard, yet to no avail.

Now, have being under forcible detainer, compelled to perform, I now seek in accordance with my fee schedule that was entered into public record prior to this incident, by the clerk of courts. Their actions, the "County of Marinette", have exhibited forgery, trespass, racketeering, embezzlement, extortion, unjust enrichment, misappropriation, conspiring against rights, denying my right to travel, and impeding my right to commerce.

With the intent or not, the action that was done, was done so under color of law and in fraud.

The following are violations of my fee schedule:

1. Unsolicited contracting
2. Copyright infringement
3. Threat
4. Duress
5. Coercion
6. Kidnapping
7. Manstealing
8. Piracy
9. Island piracy
10. Unlawful force
11. Misappropriation
12. Hostage taking
13. Forcible detainer
14. Forgery
15. Trespass
16. Racketeering
17. Unjust enrichment
18. Extortion
19. Conspiring against rights
20. Denying my right to travel
21. Impeding my right to commerce

Nine million US dollars per violation is clearly stated on my fee schedule that is included in that notice of reservation. The law allows for triple the compensation for matters of fraud. This is the remedy that is sought: One hundred and eighty-nine million US dollars times three for fraud. Five hundred and sixty-seven million US dollars is the damages due.

C. JURISDICTION

I am suing for a violation of Federal Law Title 28 USC 1331.

D. RELIEF WANTED

One hundred and eighty-nine million US dollars times three for fraud. Five hundred and sixty-seven million US dollars is the damages due.

E. JURY DEMAND
I do not want my case to be heard by a jury.

I declare under penalty of perjury that the foregoing is true and correct.
Complaint signed this 16th day of August 2021.

Respectfully submitted,

*[signature]*
3625 10Th #94, 49858
715 587 1155
gbekenjr@gmail.com

I do request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.