UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GEORGE WILBARGER BEKEN,

        Plaintiff,

      v.                                      Case No. 21-C-975

COUNTY OF MARINETTE,

        Defendant.

---

## ORDER

---

On August 18, 2021, Plaintiff George Wilbarger Beken brought this action against Defendant County of Marinette. Shortly thereafter, on August 23, 2021, the Court screened Beken's complaint, dismissed it without prejudice, and gave Beken thirty days from the date of the order to file an amended complaint. Beken was warned that failure to timely file an amended complaint would result in dismissal of this action. To date, Beken has not filed an amended complaint, and the time in which to do so has passed. Accordingly, this case is dismissed. The Clerk is directed to enter judgment accordingly.

**SO ORDERED** at Green Bay, Wisconsin this 28th day of September, 2021.

                                      s/ William C. Griesbach
                                      William C. Griesbach
                                      United States District Judge