# United States District Court

EASTERN DISTRICT OF WISCONSIN

GEORGE WILBARGER BEKEN

        Plaintiff,

        **JUDGMENT IN A CIVIL CASE**
v.         Case No. 21-C-975

COUNTY OF MARINETTE,

        Defendant.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and this case is DISMISSED for failure to timely file an amended complaint.

    Approved: s/ William C. Griesbach
              WILLIAM C. GRIESBACH
              United States District Judge

Dated:   September 28, 2021

              GINA M. COLLETTI
              Clerk of Court

              s/ Mara A. Corpus
              (By) Deputy Clerk